IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYVON CAMP,<br>    *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CURRENTLY UNKNOWN AND<br>UNNAMED CITY OF PHILADELPHIA<br>EMPLOYEES et al.,<br>    *Defendants* | :<br>:<br>:<br>: | No. 22-192 |

# ORDER

AND NOW, this 26th day of June, 2023, upon consideration of defendant Scotlandyard Security Services Inc.'s Motion to Dismiss (Doc. No. 11) and plaintiff Rayvon Camp's Response in Opposition to the Motion to Dismiss (Doc. No. 14), it is hereby **ORDERED** as follows:

1. Scotlandyard's Motion to Dismiss (Doc. No. 11) is **GRANTED WITHOUT PREJUDICE** for the reasons set forth in the accompanying memorandum.

2. The Currently Unknown and Unnamed City of Philadelphia Employees are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for the reasons set forth in the accompanying memorandum.

3. Mr. Camp may file an Amended Complaint within **30 days** from the date of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE